AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

FARREN ST. GEORGE,

                 Plaintiff,

                v.

PEXCO, INC.,

                 Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-3076-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED all claims are dismissed with prejudice.

November 23, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Pam Howard
*(By) Deputy Clerk*
Pam Howard